**Order entered December 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00963-CR

**AURORA SONANO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-17-0510**

## ORDER

Before the Court is appellant's December 27, 2019 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief due on or before February 3, 2020.

/s/     CORY L. CARLYLE
JUSTICE